Utica Mut. Ins. Co. v American Re-Ins. Co. (2023 NY Slip Op 01461)

Utica Mut. Ins. Co. v American Re-Ins. Co.

2023 NY Slip Op 01461

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, AND MONTOUR, JJ. (Filed Mar. 17, 2023.) 

MOTION NO. (867/22) CA 21-00932.

[*1]UTICA MUTUAL INSURANCE COMPANY, PLAINTIFF-APPELLANT, 
v
AMERICAN RE-INSURANCE COMPANY, NOW KNOWN AS MUNICH REINSURANCE AMERICA, INC., DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument be and the same hereby is granted in part and, upon reargument, the memorandum and order entered December 23, 2022 (211 AD3d 1587 [4th Dept 2022]) is amended by adding the following sentence as the last sentence of the memorandum: "We have considered the remaining contentions raised by plaintiff and conclude that they are without merit."